No. 81–2044.   THREE J FARMS, INC., ET AL. *v.* ADAMS EXTRACT CO. ET AL.   C. A. 5th Cir.   Certiorari denied. JUSTICE WHITE and JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 81–1317.   CITY OF PARMA, OHIO *v.* UNITED STATES, *ante*, p. 926; and

No. 81–6271.   BARHAM *v.* UNITED STATES, *ante*, p. 947. Petitions for rehearing denied.